

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PASCASIO MARTINEZ-MORALES | Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4)<br><br>**UNDER SEAL**    1:25-cr-00015<br>Judge Jeffrey I Cummings<br>Magistrate Judge Jeffrey Cole<br>RANDOM / Cat. 2 |

The SPECIAL MAY 2024 GRAND JURY charges:

On or about November 7, 2024, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

PASCASIO MARTINEZ-MORALES,

defendant herein, an alien who previously had been deported and removed from the United States on or about July 27, 2007, August 9, 2007, April 14, 2011, July 27, 2018, April 12, 2019, and May 8, 2020, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY