

**FELONY**

FILED 1/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

1:25-cr-00015
Judge Jeffrey I Cummings
Magistrate Judge Jeffrey Cole
RANDOM / Cat. 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Pascasio Martinez-Morales | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**II**

Does the indictment or information charge a felony offense? **Yes**
 List of Statutes: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4)

Assistant United States Attorney(s): **Michael Maione**
Contact Person and Phone Number: **Michael Maione 312-353-4258**