# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PASCASIO MARTINEZ-MORALES,<br><br>Defendant. | 1:25-cr-00015<br><br>District Judge Cummings<br><br>Magistrate Judge McShain |

## ORDER

Initial appearance and arraignment held on 01/28/2025. Official Spanish Court Interpreter Jose Pina present and sworn in. Pretrial appeared by telephone. Defendant appears in response to arrest in this District on 01/28/2025. The Court found Defendant was unable to afford counsel. Enter order appointing Joshua Hardwicke of the Federal Defender Program as counsel for Defendant. Defendant informed of his rights. Defendant informed of the charge against him as well as of the possible sentence/fine if convicted of the charge. Defendant acknowledges receipt of the Indictment; waives formal reading of Indictment; and, enters a plea of not guilty to the Indictment. The government made an oral motion for detention under 18 U.S.C. § 3142(f)(2)(A). Defendant objected to the government's Section 3142(f)(2)(A) proffer, and for the reasons stated on the record, the Court finds that a detention hearing may not be held on the government's motion, as the government did not meet its burden by a preponderance of the evidence that the defendant is a serious flight risk. As no detention hearing may be held, the detention motion is denied. Defendant was admonished on the record of the terms and conditions of the release order. Defendant released on a $4,500.00 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. As stated on the record at today's hearing, today's release order provides for Defendant to be released upon processing, meaning his release must occur in the ordinary course and may not be delayed (so that his criminal detention in this matter may not be prolonged) by the existence of any ICE civil administrative detainer request. See U.S. v. Valdez-Hurtado, 638 F. Supp. 3d 879, 888-97 (N.D. Ill. 2022). Rule 16.1(a) conference to be held by 02/11/2025. Status hearing is set before Judge Cummings on 03/11/2025 at 11:00 a.m. If the parties wish to file any pretrial motions, they should inform the Court at the status hearing and a briefing schedule will be set. Government's unopposed oral motion to exclude time is granted. The time from 01/28/2025 through 03/11/2025 is excluded under 18 U.S.C. § 3161(h)(7) to serve the

ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order. The Government's motion to unseal the case is granted. The Clerk's Office is directed to unseal this case. Telephonic status hearing is set before Magistrate Judge McShain for 01/29/2025 at 12:30 p.m. to advise the Court as to status of Defendant's release. To participate in the telephonic status hearing, the dial-in number is 650-479-3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number.

IA: 00:42
AR: 00:10

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: January 28, 2025**