**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                             Case No.: 1:25–cr–00015
                                                        Honorable Jeffrey I Cummings

Pascasio Martinez–Morales

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

      MINUTE entry before the Honorable Heather K. McShain as to Pascasio Martinez–Morales: Telephonic status hearing held on 01/29/2025. Defendant did not appear and his appearance is waived. Defense counsel advised the Court the defendant was detained by ICE upon release from custody from the United States Marshals Service. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.